# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2024

*The Court of Appeals hereby passes the following order:*

A24D0290. NEHAD S. MEMON et al. v. MOUNTAIN EXPRESS OIL COMPANY.

The defendants in this civil action have filed a timely application for discretionary review of the trial court's order granting summary judgment to the plaintiff and denying the defendants' motion to set aside a default judgment against them. No discretionary application is required, however, as the grant of summary judgment on any issue or as to any party may be appealed directly under OCGA § 9-11-56 (h), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a). Moreover, all rulings within the order sought to be appealed and any other non-final rulings entered in the case may also be raised as part of such a direct appeal. See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. The defendants shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If the defendants have already filed a notice of appeal in the trial court, then they need not

file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___04/10/2024_____

     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.